# EXHIBIT C

CAUSE NO. DC-18-07313

| | | |
|---|---|---|
| BOY SCOUTS OF AMERICA, CONNECTICUT YANKEE COUNCIL, SPIRIT OF ADVENTURE COUNCIL, ALOHA COUNCIL, CASCADE PACIFIC COUNCIL | § § § § § § | IN THE DISTRICT COURT OF |
| Plaintiffs, | § § | |
| v. | § § | DALLAS COUNTY, TEXAS |
| THE HARTFORD ACCIDENT AND INDEMNITY CO., FIRST STATE INSURANCE CO. | § § § § | |
| Defendants. | § | 95TH JUDICIAL DISTRICT |

### NOTICE OF FILING NOTICE OF REMOVAL

Please take notice that Defendants Hartford Accident and Indemnity Company and First State Insurance Company have filed with the Clerk of the United States District Court for the Northern District of Texas, Dallas Division, pursuant to federal law, Defendants' Notice of Removal and that this action is removed to the United States District Court for the Northern District of Texas, Dallas Division as of May 31, 2019.  A true and correct copy of the Notice of Removal is attached hereto as ***Exhibit A***. This Court is respectfully requested to proceed no further in this action unless and until such time as the action may be remanded by order of the United States District Court.

1

Respectfully submitted,


_____*/s/ Todd M. Tippett*_____
Todd M. Tippett
Texas Bar No. 24046977
ttippett@zelle.com
ZELLE LLP
901 Main Street, Suite 4000
Dallas, Texas 75202-3975
Telephone:  214-742-3000
Facsimile:  214-760-8994

James P. Ruggeri (admitted *pro hac vice*)
Joshua D. Weinberg (admitted *pro hac vice*)
Abigail W. Williams (admitted *pro hac vice*)
SHIPMAN & GOODWIN LLP
1875 K Street NW
Washington, D.C. 20006-1251
Telephone:  202-469-7750
Facsimile:  202-469-7751

ATTORNEYS FOR DEFENDANTS
THE HARTFORD ACCIDENT AND
INDEMNITY CO., FIRST STATE
INSURANCE CO.

## CERTIFICATE OF SERVICE

       This is to certify that a true and correct copy of this Notice of Filing Notice of Removal has been served this 31st day of May 2019, by electronic filing as follows:

Ernest Martin, Jr.
State Bar No. 13063300
ernestmartin@haynesboone.com
Carla Green
State Bar No. 24097762
carlagreen@haynesboone.com
**HAYNES AND BOONE, L.L.P.**
2323 Victory Ave., Suite 700
Dallas, Texas 75219
Telephone: (214) 651-5000
Telecopier: (214) 651-5940
**ATTORNEYS FOR PLAINTIFFS**

                                                  */s/ Todd M. Tippett*
                                                  Todd M. Tippett