United States District Court
Northern District of Texas
1100 Commerce Street
Dallas, Texas 75242

Chambers of
U.S. Magistrate Judge David L. Horan

214/753-2400

June 4, 2019

Karen Mitchell, Clerk
United States District Court
Northern District of Texas
1100 Commerce Street
Dallas, Texas 75242

      Re:    No. 3:19-cv-1318-B, *Boy Scouts of America et al v. The Hartford Accident and Indemnity Company et al*

Dear Ms. Mitchell:

      Pursuant to the provisions of 28 U.S.C. § 455, I would appreciate it if you would please reassign the above-referenced case to another magistrate judge for any matters that may be referred going forward in accordance with the usual procedure.

      Sincerely,

      David L. Horan

cc:    Judge Boyle