UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| BOY SCOUTS OF AMERICA, | § | |
| CONNECTICUT YANKEE COUNCIL, | § | |
| SPIRIT OF ADVENTURE COUNCIL, | § | |
| ALOHA COUNCIL, CASCADE | § | |
| PACIFIC COUNCIL, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | CIVIL ACTION NO. 19-CV-1318 |
| v. | § | |
| | § | |
| THE HARTFORD ACCIDENT | § | |
| AND INDEMNITY CO., FIRST | § | |
| STATE INSURANCE CO. | § | |
| | § | |
| Defendants. | § | |

## DEFENDANTS' MOTION FOR LEAVE TO FILE
## SIGNED AFFIDAVIT OF AUDREY A. KUBAS

Defendants Hartford Accident and Indemnity Company ("Hartford A&I") and First State Insurance Company ("First State") (collectively, "Hartford"), hereby request leave to file the signed and notarized copy of the Affidavit of Audrey A. Kubas, attached as Exhibit A hereto, which is filed in further support of its Opposition to Plaintiffs' Motion to Remand.

On July 12, 2019, Hartford filed its Opposition to Plaintiffs' Motion to Remand [ECF No. 9] and the Appendix filed in support thereof [ECF No. 10]. Defendants attached the Kubas Affidavit as Exhibit 1 to the Appendix. Exhibit 1 to the Appendix is attached as Exhibit B. However, Exhibit 1 to the Appendix was not signed or notarized because Ms. Kubas was traveling last week and unable to execute her affidavit. Upon returning to her employment at the Hartford, Ms. Kubas executed and caused her affidavit to be notarized on July 15, 2019. Hartford now seeks leave of the Court to file the executed and notarized Kubas Affidavit as a replacement for Exhibit 1 to Hartford's Appendix [ECF No. 10].

There will be no prejudice to Plaintiffs if the Court grants Hartford's motion.  The Kubas Affidavit that is attached as Exhibit A to this motion is exactly the same as the Kubas Affidavit attached as Exhibit 1 to the Appendix (and attached hereto as Exhibit B) that was filed and served on Plaintiffs on July 12, 2019, except that Exhibit A to this motion has been signed and notarized. Morever, prior to filing Exhibit 1 to Hartford's Appendix on July 12, 2019, Hartford asked Plaintiffs if they had any objection to Hartford re-filing the Kubas Affidavit after it was signed and notarized.  Plaintiffs stated that they did not have any objection.  Accordingly, Hartford requests that the Court grant leave for Hartford to file Exhibit A to this motion thereby replacing the unsigned version of the Kubas Affidavit attached as Exhibit 1 to Hartford's Appendix.

Dated: July 16, 2019

Respectfully submitted,

By:     */s/ Todd M. Tippett*
    Todd M. Tippett
    Texas Bar No. 24046977
    ttippett@zelle.com

**ZELLE LLP**
901 Main Street, Suite 4000
Dallas, TX  75202-3975
Telephone:     214-742-3000
Facsimile:     214-760-8994

Joshua D. Weinberg
(*pro hac vice*   pending)
**SHIPMAN & GOODWIN LLP**
1875 K Street NW
Washington, D.C. 20006-1251
Telephone:     202-469-7750
Facsimile:     202-469-7751

**ATTORNEYS FOR DEFENDANTS HARTFORD ACCIDENT AND INDEMNITY CO., FIRST STATE INSURANCE CO.**

## CERTIFICATE OF CONFERENCE

Counsel for Defendants conferred with counsel for Plaintiffs about the substance of this Motion on July 12, 2019 and again on July 16, 2019, and Plaintiffs' counsel has no objection to said Motion.

                                          */s/ Todd M. Tippett*
                                          Todd M. Tippett

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of this Defendants' Motion for Leave to File Signed Affidavit of Audrey A. Kubas has been served this 16th day of July, by electronic filing as follows:

      Ernest Martin, Jr.
      State Bar No. 13063300
      ernestmartin@haynesboone.com
      Carla Green
      State Bar No. 24097762
      Carlagreen@haynesboone.com
      HAYNES AND BOONE, L.L.P.
      2323 Victory Ave., Suite 700
      Dallas, TX  75219
      Telephone:    214-651-5000
      Telecopier:    214-651-5940
      **ATTORNEYS FOR PLAINTIFFS**

                                            */s/ Todd M. Tippett*
                                          Todd M. Tippett